UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re:                                                                    Case No.    18-21906-CLC
                                                                          Chapter      13

Nikita M. Rolle

              Debtor(s).
_____/

## MOTION FOR ENTRY OF AN ORDER DETERMINING FINAL CURE MORTGAGE PAYMENT TO TO PHH MORTGAGE SERVICE

Now comes the above-styled Debtor(s) pursuant to Fed. R. Bankr. P. 3002.1(f), and Local Rule 3070-1(E), and files this motion for entry of an order determining final cure of mortgage payment to PHH Mortgage Service (as servicer for US Bank National Association for Trustee for the CMLTI Asset-Backed Pas-Through Certificates, Series 2007-AMC3) (the "Mortgagee"). In support therefore, the Debtor states as follows:

1. Mortgagee holds a mortgage (the "Mortgage") bearing account x2419 on the Debtor's real property located at 1105 S.W. 221st Terr., Miami, Florida.

2. The Debtor'(s) chapter 13 plan, as amended or modified (the "Plan") was confirmed or approved by the Court.

3. The Debtor(s) has completed all payments due under the Plan.

4. Pursuant to the provisions of the Plan, The Debtor(s) have paid Mortgagee all the amounts required to cure any default on the Mortgage as well as to maintain post-petition regular postpetition payment through the end of the Plan.

5. Based on such payment to Mortgage, the Mortgage has been cured.

6. The Court is requested to determine that any default under the Mortgage has been cured and that all postpetition regular payments have been made.

## Relief Requested

Debtor requests entry of an order (i.) granting this motion, (ii.) determining the final cure of the Mortgage, and (iii.) for any other relief that is just and proper.

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick_____
Jordan E. Bublick (Fla. Bar No. 381624)
7900 Oak Lane, Suite 400
P.O. Box 4508
Miami Lakes, FL 33014
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*