**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

In re:                                                    Case No.    18-21906-CLC
                                                          Chapter     13

Nikita M. Rolle

_____/

**CERTIFICATE OF SERVICE OF**
**MOTION FOR AN ORDER DETERMINING FINAL MORTGAGE PAYMENT**
**AND NOTICE OF HEARING**

**I HEREBY CERTIFY** that a true and correct copy of the above-named document together with the notice of hearing was served as follows: 1. by electronic mail to those set forth in the Notice of Electronic Filing generated by CM/ECF on the date therein and 2. by was sent by first class U.S. Mail to all creditors and interested parties on the attached list this 6th day of May, 2024.

JORDAN E. BUBLICK, P.A.

/s/ Jordan E. Bublick_____
Jordan E. Bublick (Fla. Bar No. 381624)
7900 Oak Lane, Suite 400
P.O. Box 4508
Miami Lakes, FL 33014
Telephone: (305) 891-4055
Fax: (305) 503-7231
Email: jbublick@bublicklaw.com

*Attorney for the Debtor(s)*

PHH Mortgage Service
Att: Bankruptcy Dept.
PO Box 24605
West Palm Beach, FL 33416


Can Guner
Robertson, Anschutz, et al.
6409 Congress Ave., Suite 100
Boca Raton, FL 33487