

**ORDERED in the Southern District of Florida on June 3, 2024.**

_____
**Corali Lopez-Castro, Judge
United States Bankruptcy Court**

_____

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov

| | |
|---|---|
| In re: | Case No.    18-21906-CLC |
| | Chapter     13 |
| Nikita M. Rolle | |
| Debtor(s). | |
| _____/ | |

**AGREED ORDER GRANTING DEBTOR'S MOTION FOR ENTRY OF
AN ORDER DETERMINING FINAL CURE MORTGAGE PAYMENT
TO US BANK NATIONAL ASSOCIATION AS TRUSTEE FOR THE
CMLTI ASSET-BACKED PASS THROUGH CERTIFICATES, SERIES 2007-AMC3**

The above-styled chapter 13 Debtor's Motion for Entry of an Order Determining Final

Cure Mortgage Payment to US Bank National Association as Trustee for the CMLTI Asset-

Backed Pass Through Certificates, Series 2007-AMC c/oPHH Mortgage Corporation came

before the Court this 21st day of May, 2024 at 9:00 a.m. during the Chapter 13 Consent Calendar. Based on the record, it is determined that

    1.  The Debtor has paid Mortgagee all the amounts required to cure any pre-petition default on the involved mortgage and paid all post-petition regular payments due under the chapter 13 plan.

# # #

Submitted by:

Jordan E. Bublick
Attorney for Debtor(s)
7900 Oak Lane, Suite 400
P.O. Box 4508
Miami Lakes, FL 33014
Telephone: (305) 891-4055
Email: jbublick@bublicklaw.com

(Atty. Bublick is directed to serve a copy of this order on all interested parties upon receipt of this order. Parties listed on the NEF will be served electronically.)